**Fill in this information to identify the case:**

Debtor name  **Kula Grain Co., Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  **25-12338 JGR**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,148,923.45** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$9,375,895.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$10,508,198.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | **Rental Income** | **$8,600.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | **Sale of Assets** | **$66,560.58** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | **Rental Income** | **$15,000.00** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Kula Grain Co., Inc.**                                        Case number *(if known)*   **25-12338 JGR**

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From **1/01/2023** to **12/31/2023** | Rental Income | **$14,000.00** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | Workers Comp Dividend | **$6,571.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **SEE ATTACHED TRANSACTION LIST BY VENDOR** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Asa Carpenter 3265 Timber Lane Merino, CO 80741 President** | **April 22, 2024 through April 22, 2025** | **$85,403.64** | **Payroll** |
| 4.2.   **Asa Carpenter 3265 Timber Lane Merino, CO 80741 Shareholder** | **April 22, 2024 through April 22, 2025** | **$64,238.97** | **Shareholder distributions** |

5.   **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.   **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Kula Grain Co., Inc.**                                      Case number *(if known)*    **25-12338 JGR**

---

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Kula Grain Co., Inc.**                                     Case number *(if known)*  **25-12338 JGR**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Allen Vellone Wolf Helfrich & Factor, P.** **1600 Stout Street** **Suite 1900** **Denver, CO 80202** | **Chapter 11 Retainer** | **3/31/2025** | **$35,000.00** |
| | **Email or website address** **jweinman@allen-vellone.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | **Taylor and Martin** | **2019 Freightliner 1222SD Sold** | **8/18/2023** | **$48,150.00** |
| | **Relationship to debtor** | | | |
| 13.2 | **Taylor and Martin** | **2017 Freightliner 125 Sold** | **1/24/2024** | **$16,800.00** |
| | **Relationship to debtor** | | | |
| 13.3 | **Taylor and Martin** | **2017 Freightliner 125 Sold** | **5/4/2024** | **$27,250.00** |
| | **Relationship to debtor** | | | |
| 13.4 | **Great West Casualty** | **2015 IMCO Totaled** | **11/14/2023** | **$30,000.00** |
| | **Relationship to debtor** | | | |

Debtor   **Kula Grain Co., Inc.**                                                    Case number *(if known)*  **25-12338 JGR**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.5<br>. | **Horse Creek Cattle** | **2015 IMCO Sold** | **3/20/2023** | **$55,000.00** |
| | Relationship to debtor | | | |

---

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Kula Grain Co., Inc.**                                                Case number *(if known)*  **25-12338 JGR**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| The Andersons, Inc. 15314 Collections Center Drive Chicago, IL 60693 | 20279 US Highway 34 Fort Morgan, CO 80701 | Mulch 12000 CY | $800,000.00 |
| Owner's name and address | Location of the property | Describe the property | Value |
| The Andersons, Inc. 15314 Collections Center Drive Chicago, IL 60693 | 19900 DR N Fort Morgan, CO 80701 | Cottonseed 100 Tn | $30,000.00 |
| Owner's name and address | Location of the property | Describe the property | Value |
| Wiedeman Dairy | 19900 CR N Fort Morgan, CO 80701 | Cottonseed tn | $60,000.00 |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Kula Grain Co., Inc. | Case number *(if known)* | 25-12338 JGR |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Asa Carpenter**<br>**3265 Timber Lane**<br>**Merino, CO 80741** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Asa Carpenter**<br>**3265 Timber Lane**<br>**Merino, CO 80741** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **High Plains Bank**<br>**401 Central Ave**<br>**Wiggins, CO 80654** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Kula Grain Co., Inc.** | Case number *(if known)* | **25-12338 JGR** |
| --- | --- | --- | --- |

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Asa Carpenter** | **3265 Timber Lane**<br>**Merino, CO 80741** | **President/Owner** | **100% Shareholder Interest** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | **Asa Carpenter**<br>**3265 Timber Lane**<br>**Merino, CO 80741** | **$85,403.64** | **April 22, 2024 through April 22, 2025** | **Payroll** |
| | **Relationship to debtor**<br>**President** | | | |
| 30.2. | **Asa Carpenter**<br>**3265 Timber Lane**<br>**Merino, CO 80741** | **$64,238.97** | **April 22, 2024 through April 22, 2025** | **Shareholder distributions** |
| | **Relationship to debtor**<br>**Shareholder** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Kula Grain Co., Inc.** | | Case number *(if known)* | **25-12338 JGR** |
|---|---|---|---|---|

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 13, 2025**

**/s/ Asa Carpenter**                                              **Asa Carpenter**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**7:14 AM**
**05/13/25**

Case:25-12338-JGR Doc#:31 Filed:05/13/25 Entered:05/13/25 18:23:16 Page10 of 31

**KOB/GRACO Company**
**Transaction List by Vendor**
**January 22 through April 22, 2025**

| | Type | Date | Num | Name Address | City | State | Name Zip | Account | Split | Credit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Adobe Walls Gin** | | | | | | | | | | |
| | Bill Pmt -Check | 01/29/2025 | 10772 | 10175 State Hwy 51 | Spearman | TX | 79081 | High Plains Checking | Accounts Payable | 31,306.90 |
| | Bill Pmt -Check | 03/19/2025 | 10815 | 10175 State Hwy 51 | Spearman | TX | 79081 | High Plains Checking | Accounts Payable | 38,283.60 |
| **Agfinity** | | | | | | | | | | |
| | Bill Pmt -Check | 02/03/2025 | 10781 | 260 Factory Road | Eaton | CO | 80615 | High Plains Checking | Accounts Payable | 10,933.98 |
| **American Express** | | | | | | | | | | |
| | Check | 01/28/2025 | | PO Box 650448 | Dallas | TX | 75265-0448 | High Plains Checking | American Express Open | 7,412.01 |
| | Check | 02/04/2025 | | PO Box 650448 | Dallas | TX | 75265-0448 | High Plains Checking | American Express Open | 954.07 |
| | Check | 03/31/2025 | | PO Box 650448 | Dallas | TX | 75265-0448 | High Plains Checking | American Express Open | 35.00 |
| **Chase Ink** | | | | | | | | | | |
| | Check | 02/04/2025 | | PO Box 15123 | Wilmington | DE | 19850-5123 | High Plains Checking | Chase Ink | 32,790.68 |
| | Check | 03/05/2025 | | PO Box 15123 | Wilmington | DE | 19850-5123 | High Plains Checking | Chase Ink | 87.00 |
| | Check | 04/07/2025 | | PO Box 15123 | Wilmington | DE | 19850-5123 | High Plains Checking | Chase Ink | 5,000.00 |
| **High Plains Bank** | | | | | | | | | | |
| | Check | 01/28/2025 | | 502 Central Ave | Wiggins | CO | 80654 | High Plains Checking | High Plains Loan 2009 | 3,418.38 |
| | Check | 02/14/2025 | | 502 Central Ave | Wiggins | CO | 80654 | High Plains Checking | High Plains Loan 1007 | 7,498.62 |
| | Check | 02/28/2025 | | 502 Central Ave | Wiggins | CO | 80654 | High Plains Checking | High Plains Loan 2009 | 3,418.38 |
| | Check | 03/14/2025 | | 502 Central Ave | Wiggins | CO | 80654 | High Plains Checking | High Plains Loan 1007 | 7,498.62 |
| | Check | 03/28/2025 | | 502 Central Ave | Wiggins | CO | 80654 | High Plains Checking | High Plains Loan 2009 | 3,418.38 |
| | Check | 04/16/2025 | | 502 Central Ave | Wiggins | CO | 80654 | High Plains Checking | High Plains Loan 1007 | 7,498.62 |
| **Lonestar Gin** | | | | | | | | | | |
| | Bill Pmt -Check | 02/13/2025 | 10787 | P.O. Box 2700 | Pampa | TX | 76066 | High Plains Checking | Accounts Payable | 22,949.30 |
| | Bill Pmt -Check | 02/19/2025 | 10792 | P.O. Box 2700 | Pampa | TX | 76066 | High Plains Checking | Accounts Payable | 39,072.40 |
| | Bill Pmt -Check | 02/26/2025 | 10801 | P.O. Box 2700 | Pampa | TX | 76066 | High Plains Checking | Accounts Payable | 30,922.50 |
| | Bill Pmt -Check | 03/05/2025 | 10810 | P.O. Box 2700 | Pampa | TX | 76066 | High Plains Checking | Accounts Payable | 98,711.90 |
| | Bill Pmt -Check | 03/19/2025 | 10816 | P.O. Box 2700 | Pampa | TX | 76066 | High Plains Checking | Accounts Payable | 61,013.80 |
| | Bill Pmt -Check | 03/26/2025 | 10821 | P.O. Box 2700 | Pampa | TX | 76066 | High Plains Checking | Accounts Payable | 51,381.60 |
| **Producer Ag** | | | | | | | | | | |
| | Bill Pmt -Check | 03/26/2025 | 10822 | PO Box 184 | Yuma | CO | 80759 | High Plains Checking | Accounts Payable | 59,573.41 |
| **Reinert Hay Co** | | | | | | | | | | |
| | Bill Pmt -Check | 02/26/2025 | 10802 | PO Box 16 | Dawn | TX | 79025 | High Plains Checking | Accounts Payable | 43,891.25 |
| | Bill Pmt -Check | 03/10/2025 | 10813 | PO Box 16 | Dawn | TX | 79025 | High Plains Checking | Accounts Payable | 8,528.40 |
| | Bill Pmt -Check | 03/26/2025 | 10823 | PO Box 16 | Dawn | TX | 79025 | High Plains Checking | Accounts Payable | 64,100.88 |
| **Skyland Grain Spearman** | | | | | | | | | | |
| | Bill Pmt -Check | 01/29/2025 | 10777 | P.O. Box 568 | Spearman | TX | 79081 | High Plains Checking | Accounts Payable | 62,934.01 |
| | Bill Pmt -Check | 02/03/2025 | 10782 | P.O. Box 568 | Spearman | TX | 79081 | High Plains Checking | Accounts Payable | 7,994.74 |
| **Street Community Gin** | | | | | | | | | | |
| | Bill Pmt -Check | 03/26/2025 | 10826 | 8495 FM 145 | Kress | TX | 79052 | High Plains Checking | Accounts Payable | 32,092.20 |
| **The Andersons, Inc.*** | | | | | | | | | | |
| | Bill Pmt -Check | 01/22/2025 | ACH | 15314 Collections Center Drive | Chicago | IL | 60693 | High Plains Checking | Accounts Payable | 7,761.00 |
| | Bill Pmt -Check | 01/30/2025 | ACH | 15314 Collections Center Drive | Chicago | IL | 60693 | High Plains Checking | Accounts Payable | 118,383.03 |
| | Bill Pmt -Check | 02/12/2025 | ACH | 15314 Collections Center Drive | Chicago | IL | 60693 | High Plains Checking | Accounts Payable | 41,990.85 |

7:14 AM
05/13/25

Case:25-12338-JGR   Doc#:31   Filed:05/13/25 Entered:05/13/25 18:23:16   Page11 of 31

KOB Grain Company

Transaction List by Vendor
January 22 through April 22, 2025

| | Type | Date | Num | Name Address | City | State | Name Zip | Account | Split | Credit |
|---|---|---|---|---|---|---|---|---|---|---|
| | Bill Pmt -Check | 02/14/2025 | ACH | 15314 Collections Center Drive | Chicago | IL | 60693 | High Plains Checking | Accounts Payable | 155,518.40 |
| | Bill Pmt -Check | 02/21/2025 | ACH | 15314 Collections Center Drive | Chicago | IL | 60693 | High Plains Checking | Accounts Payable | 23,245.40 |
| | Bill Pmt -Check | 02/27/2025 | ACH | 15314 Collections Center Drive | Chicago | IL | 60693 | High Plains Checking | Accounts Payable | 92,689.00 |
| | Bill Pmt -Check | 03/05/2025 | ACH | 15314 Collections Center Drive | Chicago | IL | 60693 | High Plains Checking | Accounts Payable | 9,119.95 |
| | Bill Pmt -Check | 03/26/2025 | ACH | 15314 Collections Center Drive | Chicago | IL | 60693 | High Plains Checking | Accounts Payable | 27,385.01 |
| | Bill Pmt -Check | 04/03/2025 | ACH | 15314 Collections Center Drive | Chicago | IL | 60693 | High Plains Checking | Accounts Payable | 29,751.48 |
| **Trans Lease** | | | | | | | | | | |
| | Check | 01/22/2025 | | PO Box 172686 | Denver | CO | 80217-2686 | High Plains Checking | Translease Loan 11502117-018 | 2,936.01 |
| | Check | 01/22/2025 | | PO Box 172686 | Denver | CO | 80217-2686 | High Plains Checking | Equipment Lease | 2,691.04 |
| | Check | 02/05/2025 | | PO Box 172686 | Denver | CO | 80217-2686 | High Plains Checking | Equipment Lease | 2,793.97 |
| | Check | 02/05/2025 | | PO Box 172686 | Denver | CO | 80217-2686 | High Plains Checking | Equipment Lease | 2,655.37 |
| | Check | 02/05/2025 | | PO Box 172686 | Denver | CO | 80217-2686 | High Plains Checking | Equipment Lease | 2,330.72 |
| | Check | 02/05/2025 | | PO Box 172686 | Denver | CO | 80217-2686 | High Plains Checking | Equipment Lease | 2,389.43 |
| | Check | 02/20/2025 | | PO Box 172686 | Denver | CO | 80217-2686 | High Plains Checking | Translease Loan 11502117-018 | 2,936.01 |
| | Check | 02/20/2025 | | PO Box 172686 | Denver | CO | 80217-2686 | High Plains Checking | Equipment Lease | 2,691.04 |
| | Check | 03/05/2025 | | PO Box 172686 | Denver | CO | 80217-2686 | High Plains Checking | Equipment Lease | 2,655.37 |
| | Check | 03/05/2025 | | PO Box 172686 | Denver | CO | 80217-2686 | High Plains Checking | Equipment Lease | 2,389.43 |
| | Check | 03/05/2025 | | PO Box 172686 | Denver | CO | 80217-2686 | High Plains Checking | Equipment Lease | 2,793.97 |
| | Check | 03/05/2025 | | PO Box 172686 | Denver | CO | 80217-2686 | High Plains Checking | Equipment Lease | 2,330.72 |
| | Check | 03/20/2025 | | PO Box 172686 | Denver | CO | 80217-2686 | High Plains Checking | Translease Loan 11502117-018 | 2,936.01 |
| | Check | 03/20/2025 | | PO Box 172686 | Denver | CO | 80217-2686 | High Plains Checking | Equipment Lease | 2,691.04 |
| | Check | 04/07/2025 | | PO Box 172686 | Denver | CO | 80217-2686 | High Plains Checking | Equipment Lease | 2,330.72 |
| | Check | 04/07/2025 | | PO Box 172686 | Denver | CO | 80217-2686 | High Plains Checking | Equipment Lease | 2,655.37 |
| | Check | 04/07/2025 | | PO Box 172686 | Denver | CO | 80217-2686 | High Plains Checking | Equipment Lease | 2,389.43 |
| | Check | 04/07/2025 | | PO Box 172686 | Denver | CO | 80217-2686 | High Plains Checking | Equipment Lease | 2,793.97 |
| **US Commodities** | | | | | | | | | | |
| | Bill Pmt -Check | 03/05/2025 | 10812 | P.O. Box 860417 | Minneapolis | MN | 55486-0417 | High Plains Checking | Accounts Payable | 35,016.80 |
| **Viterra** | | | | | | | | | | |
| | Bill Pmt -Check | 02/03/2025 | 10783 | PO Box 74008695 | Chicago | IL | 60674-8695 | High Plains Checking | Accounts Payable | 48,707.20 |
| | Bill Pmt -Check | 02/19/2025 | 10795 | PO Box 74008695 | Chicago | IL | 60674-8695 | High Plains Checking | Accounts Payable | 32,624.00 |
| **West Plains, LLC** | | | | | | | | | | |
| | Bill Pmt -Check | 02/03/2025 | 10784 | 4045 St. Cloud Dr. Suite 180 | Loveland | CO | 80538 | High Plains Checking | Accounts Payable | 85,311.70 |
| | Bill Pmt -Check | 02/04/2025 | 10785 | 4045 St. Cloud Dr. Suite 180 | Loveland | CO | 80538 | High Plains Checking | Accounts Payable | 70,008.16 |
| | Bill Pmt -Check | 03/10/2025 | 10814 | 4045 St. Cloud Dr. Suite 180 | Loveland | CO | 80538 | High Plains Checking | Accounts Payable | 82,282.69 |
| | Bill Pmt -Check | 03/19/2025 | 10819 | 4045 St. Cloud Dr. Suite 180 | Loveland | CO | 80538 | High Plains Checking | Accounts Payable | 118,876.10 |

---

**Fill in this information to identify the case:**

Debtor name    **Kula Grain Co., Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    **25-12338 JGR**

☐ Check if this is an amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

---

**Part 1:**    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*....................................................................................    $    **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*................................................................................    $    **1,751,831.23**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*..................................................................................    $    **1,751,831.23**

---

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $    **3,555,804.79**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$    **2,351,028.29**

4.    **Total liabilities** ........................................................................
     Lines 2 + 3a + 3b      $    **5,906,833.08**

---

**Fill in this information to identify the case:**

Debtor name   **Kula Grain Co., Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **25-12338 JGR**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **High Plains Bank** | **Checking** | **5687** | **$48,438.88** |
| 3.2. | **Pex** | **Prepaid Expense Account** | **5352** | **$50,000.00** |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**     **$98,438.88**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.**    **Accounts receivable**

| Debtor | **Kula Grain Co., Inc.** | | Case number *(If known)* | **25-12338 JGR** |
|---|---|---|---|---|
| | Name | | | |

| 11a. 90 days old or less: | **679,957.40** | - | **0.00** | = .... | **$679,957.40** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **3,034.95** | - | **0.00** | = .... | **$3,034.95** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$682,992.35** |

## Part 4:    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials Cottonseed** | | **$0.00** | | **$99,400.00** |
| | **Cull Beans** | | **$0.00** | | **$12,000.00** |
| | **Corn** | | **$0.00** | | **$25,000.00** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

| | |
|---|---|
| | **$136,400.00** |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor  **Kula Grain Co., Inc.**                                    Case number *(If known)*  **25-12338 JGR**
_____Name_____

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Office equipment** | **$0.00** | | **$2,000.00** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                         | **$2,000.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2000 Kenworth W900 Truck** | **$0.00** | | **$45,000.00** |
| 47.2.  **2019 Freightliner Cascadia Truck** | **$0.00** | | **$46,500.00** |
| 47.3.  **2024 Western Star 49X Truck** | **$0.00** | | **$120,000.00** |

Debtor    **Kula Grain Co., Inc.**                                          Case number *(If known)*  **25-12338 JGR**
Name

| | | | | |
|---|---|---|---|---|
| 47.4. | **2020 Freightliner Cascadia** | $0.00 | | $60,000.00 |
| 47.5. | **2020 Freightliner Cascadia** | $0.00 | | $60,000.00 |
| 47.6. | **2018 IMCO WF Trailer** | $0.00 | | $1,000.00 |
| 47.7. | **2018 IMCO WF** | $0.00 | | $20,000.00 |
| 47.8. | **2019 Wilkens WF Trailer** | $0.00 | | $40,000.00 |
| 47.9. | **2019 IMCO WF Trailer** | $0.00 | | $40,000.00 |
| 47.10. | **2022 IMCO WF Trailer** | $0.00 | | $50,000.00 |
| 47.11. | **2022 IMCO WF Trailer** | $0.00 | | $50,000.00 |
| 47.12. | **2025 Wilkens WF Trailer** | $0.00 | | $70,000.00 |
| 47.13. | **2025 Wilkens WF Trailer** | $0.00 | | $70,000.00 |
| 47.14. | **2025 Wilkens WF Trailer** | $0.00 | | $70,000.00 |
| 47.15. | **2000 Wilson Hopper Trailer** | $0.00 | | $10,000.00 |
| 47.16. | **1989 Wilson Hopper Trailer** | $0.00 | | $5,000.00 |
| 47.17. | **1996 Timpte Hopper Trailer** | $0.00 | | $5,000.00 |
| 47.18. | **2016 Timpte Hopper Trailer** | $0.00 | | $20,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**
**Shop equipment and supplies**                                      $0.00                                      $2,500.00

---

| Debtor | **Kula Grain Co., Inc.** | | Case number *(If known)* **25-12338 JGR** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Bobcat CT235** | $0.00 | | $10,000.00 |
| **John Deere 4230** | $0.00 | | $7,500.00 |
| **Husqvarna Lawn Mower** | $0.00 | | $1,000.00 |
| **Auger WR 80-41** | $0.00 | | $5,000.00 |
| **Auger MK 100-71** | $0.00 | | $8,000.00 |
| **Shop Air Compressor** | $0.00 | | $500.00 |
| **Office Trailer** | $0.00 | | $15,000.00 |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

    | $832,000.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

| Debtor | **Kula Grain Co., Inc.** | Case number *(If known)* | **25-12338 JGR** |
|---|---|---|---|
| | Name | | |

**73.**   **Interests in insurance policies or annuities**
**Illinois Mutual Life Insurance Company - For Asa**
**Carpenter - Renewable Term to Age 95 Life Insurance**
**Policy**                                                                                                              **$0.00**

**74.**   **Causes of action against third parties (whether or not a lawsuit**
**has been filed)**

**75.**   **Other contingent and unliquidated claims or causes of action of**
**every nature, including counterclaims of the debtor and rights to**
**set off claims**

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

**78.**   **Total of Part 11.**                                                                              | **$0.00** |
Add lines 71 through 77. Copy the total to line 90.

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **Kula Grain Co., Inc.**
Name

Case number *(If known)* **25-12338 JGR**

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $98,438.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $682,992.35 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $136,400.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $832,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,751,831.23 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,751,831.23 |

**Fill in this information to identify the case:**

Debtor name **Kula Grain Co., Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) **25-12338 JGR**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **Daimler Truck Financial Services USA LLC** Creditor's Name | **Describe debtor's property that is subject to a lien** 2024 Western Star 49X Truck | $121,359.30 | $120,000.00 |

**14372 Heritage Parkway, Suite 400**
**Fort Worth, TX 76177**
Creditor's mailing address

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.2** | **Daimler Truck Financial Services USA LLC** Creditor's Name | **Describe debtor's property that is subject to a lien** Two (2) 2020 Freightliner Cascade Trucks | $149,875.66 | $120,000.00 |

**14372 Heritage Parkway, Suite 400**
**Fort Worth, TX 76177**
Creditor's mailing address

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4001**

Debtor    **Kula Grain Co., Inc.**                                    Case number (if known)    **25-12338 JGR**
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Daimler Truck Financial Services USA LLC** | Describe debtor's property that is subject to a lien | $234,593.01 | $210,000.00 |
|---|---|---|---|---|

Creditor's Name

**14372 Heritage Parkway, Suite 400
Fort Worth, TX 76177**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Three (3) 2025 Wilkens Trailers**

**Describe the lien**
**Trailer Loan**

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6001**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **High Plains Bank** | Describe debtor's property that is subject to a lien | $649,841.42 | $46,000.00 |
|---|---|---|---|---|

Creditor's Name

**502 Central Ave
Wiggins, CO 80654**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2000 Kenworth W900 Truck and 2018 IMCO WF Trailer**

**Describe the lien**
**Vehicle Loan**

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1007**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **High Plains Bank** | Describe debtor's property that is subject to a lien | $202,498.92 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

**502 Central Ave
Wiggins, CO 80654**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1989 Wilson Hopper Trailer and 1996 Timpte Hopper Trailer**

**Describe the lien**
**Trailer Loan**

Debtor    **Kula Grain Co., Inc.**            Case number (if known)     **25-12338 JGR**

     Name

---

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2009**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **High Plains Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **$969,331.23** |
|---|---|---|---|---|

Creditor's Name

**Cash, Accounts Receivable, Equipment and Inventory**

**502 Central Ave**
**Wiggins, CO 80654**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Small Business Administration** | Describe debtor's property that is subject to a lien | **$2,123,584.78** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**SBA Processing and Disbursement Center**
**14925 Kingsport Rd**
**Fort Worth, TX 76155-2243**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**11/9/2020**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **Kula Grain Co., Inc.**                                    Case number (if known)  **25-12338 JGR**
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.8 | **Trans Lease, INC** | Describe debtor's property that is subject to a lien | $74,051.70 | $100,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 211397**
**Denver, CO 80221**
_____
Creditor's mailing address

**Two (2) 2022 IMCO WF Trailers**
_____

**Describe the lien**
**Trailer Loan**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7018**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,555,804.79 |
|---|---|---|

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Kula Grain Co., Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **25-12338 JGR**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets – Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Adobe Walls Gin**<br>**10175 State Highway 51**<br>**Spearman, TX 79081**<br><br>Date(s) debt was incurred ____<br>Last 4 digits of account number ____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$188,663.15** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Agfinity**<br>**260 Factory Road**<br>**Eaton, CO 80615**<br><br>Date(s) debt was incurred ____<br>Last 4 digits of account number ____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$740,538.11** |
| **3.3** Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO Box 6031**<br>**Carol Stream, IL 60197-6031**<br><br>Date(s) debt was incurred ____<br>Last 4 digits of account number ____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Credit card__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$13,639.08** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Chase**<br>**PO Box 15123**<br>**Wilmington, DE 19850-5123**<br><br>Date(s) debt was incurred ____<br>Last 4 digits of account number ____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Credit card__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$70,855.56** |

Debtor __Kula Grain Co., Inc._____   Case number (if known)   __25-12338 JGR__
      Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$312,518.73** |
| | **NextGen Trading, LLC**<br>**PO Box 200**<br>**Wamego, KS 66547** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Vendor__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$199,971.93** |
| | **Producer Ag**<br>**PO Box 184**<br>**Yuma, CO 80759** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Vendor__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$127,121.40** |
| | **Street Community Gin**<br>**8495 FM 145**<br>**Kress, TX 79052** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Vendor__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$556,067.15** |
| | **The Andersons, Inc.**<br>**15314 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Vendor__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$141,653.18** |
| | **US Commodities**<br>**PO Box 860417**<br>**Minneapolis, MN 55486** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Vendor__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brammer Law Office, P.C.**<br>**Jay M. Brammer**<br>**PO Box 1827**<br>**218 South 3rd Street**<br>**Sterling, CO 80751** | Line __3.5__<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,351,028.29 |

Debtor    **Kula Grain Co., Inc.**
Name

Case number (*if known*)    **25-12338 JGR**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $            **2,351,028.29**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Kula Grain Co., Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF COLORADO</td></tr>
<tr><td>Case number (if known)</td><td><strong>25-12338 JGR</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    **Commercial Real Estate and Facility Lease dated 1/1/2020.** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Asa Carpenter** <br> **3265 Timber Lane** <br> **Merino, CO 80741** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest    **Equipment Rental Agreement dated 1/1/2025** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Overdrive Enterprises INC** <br> **20279 US Highway 34** <br> **Fort Morgan, CO 80701** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest    **Equipment Lease Agreement dated 1/1/2025, ending on 1/1/2030 for 2024 Western Star Truck, and two (2) 2021 Freightliners.** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Overdrive Enterprises INC** <br> **20279 US Highway 34** <br> **Fort Morgan, CO 80701** |

| Debtor 1 | **Kula Grain Co., Inc.** | | Case number (*if known*) | **25-12338 JGR** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental Agreement dated 1/1/2025 for Manitou MLT 737 #1.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Overdrive Enterprises INC**<br>**20279 US Highway 34**<br>**Fort Morgan, CO 80701** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement, Schedule A Lease, and TRAC Rider to Schedule A Lease dated 12/3/2021 for 2022 Western Star 49X Tractor** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Trans Lease, INC**<br>**PO Box 211397**<br>**Denver, CO 80221** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement, Schedule A Lease, and TRAC Rider to Schedule A Lease dated 11/4/2020 for 2020 Freightliner Tractor** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Trans Lease, INC**<br>**PO Box 211397**<br>**Denver, CO 80221** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement, Schedule A Lease, and TRAC Rider to Schedule A Lease dated 9/25/2019 for 2020 Freightliner Tractor** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Trans Lease, INC**<br>**PO Box 211397**<br>**Denver, CO 80221** |

| Debtor 1 | **Kula Grain Co., Inc.** | | Case number *(if known)* | **25-12338 JGR** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement, Schedule A Lease, and TRAC Rider to Schedule A Lease dated 1/10/2022 for 2022 Western Star 49X Tractor** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Trans Lease, INC<br>PO Box 211397<br>Denver, CO 80221** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement, Schedule A Lease, and TRAC Rider to Schedule A Lease dated 10/27/2020 for two (2) 2021 IMCO Live Floor Trailers.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Trans Lease, INC<br>PO Box 211397<br>Denver, CO 80221** |

**Fill in this information to identify the case:**

Debtor name **Kula Grain Co., Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **25-12338 JGR**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Robert and Shirley Kula** | **20655 US Highway 34 Fort Morgan, CO 80701** | **High Plains Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Kula Grain Co., Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF COLORADO</td></tr>
<tr><td>Case number (if known)</td><td><strong>25-12338 JGR</strong></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ___

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>May 13, 2025</u>          X <u>/s/ Asa Carpenter</u>
                                          Signature of individual signing on behalf of debtor

                                          <u>Asa Carpenter</u>
                                          Printed name

                                          <u>President</u>
                                          Position or relationship to debtor